United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHENZHEN BLUELAND ELECTRONICS, LTD., <br><br> Plaintiff, <br> v. <br><br> SILICON MICROSTRUCTURES, INCORPORATED, <br><br> Defendant. | Case No.: 13-CV-00036-LHK <br><br> ORDER CONTINUING JOINT CASE MANAGEMENT CONFERENCE |

On May 28, 2013, Plaintiff filed a letter stating that the parties have reached a settlement in this matter.  ECF No. 8.  Plaintiff states that the parties anticipate executing a settlement agreement within the next 30 days.  Plaintiff requests that the Case Management Conference scheduled for May 29, 2013 be continued and that all dates and deadlines be stayed for 40 days.

The Court hereby CONTINUES the Case Management Conference from May 29, 2013 to July 10, 2013 at 2:00 p.m.  The parties' deadlines as set forth in the ADR Scheduling Order, ECF No. 3, are CONTINUED accordingly.  The parties shall file a Stipulation of Dismissal or a Joint Case Management Conference Statement by July 3, 2013.

**IT IS SO ORDERED.**

Dated: May 28, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-00036-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT