UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHENZHEN BLUELAND ELECTRONICS, LTD., <br><br> Plaintiff, <br> v. <br><br> SILICON MICROSTRUCTURES, INCORPORATED, <br><br> Defendant. | Case No.: 13-CV-00036-LHK <br><br> ORDER CONTINUING JOINT CASE MANAGEMENT CONFERENCE |

On July 8, 2013, the parties filed a letter stating that the parties have reached a settlement and that both signed a confidential settlement agreement. ECF No. 10. The parties request that the Case Management Conference scheduled for July 10, 2013 be continued and that all dates and deadlines be extended by one month. *Id*.

The Court hereby CONTINUES the Case Management Conference from July 10, 2013 to August 7, 2013 at 2:00 p.m. The parties' deadlines as set forth in the ADR Scheduling Order, ECF No. 3, are CONTINUED accordingly. The parties shall file a Stipulation of Dismissal or a Joint Case Management Conference Statement by July 31, 2013.

**IT IS SO ORDERED.**

Dated: July 8, 2013

LUCY H. KOH
United States District Judge